1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA      )   No. CR-09-0521-MMC
14                               )
                                 )
15       v.                      )
                                 )
16                               )   STIPULATION AND [PROPOSED]
   ADRIAN DURAN,                 )   ORDER DOCUMENTING WAIVER
17 ROBERTO HERRERA, and          )
   JOSE ROMERO,                  )
18                               )
       Defendants.                )
19                               )
   _____)
20

21      With the agreement of the parties and with the consent of the defendants, the Court enters

22 this order confirming the exclusion of time under the Speedy Trial Act from August 19, 2009 to

23 October 21, 2009.  The parties agree and stipulate, and the Court finds and holds, as follows:

24      1.   On August 19, 2009, the parties appeared before the Court for a status conference.

25 At the request of the parties, the Court continued this matter until October 21, 2009 at 2:30 pm to

26 allow the defense additional time to review discovery.

27      2.   Because the continuation was requested and granted to allow the defense to

28 review discovery, the parties requested that time be excluded under the Speedy Trial Act from

August 19, 2009 through the October 21, 2009 appearance.

    3.    Given these circumstances, the Court found that the ends of justice served by excluding the period from August 19, 2009 through October 21, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by ensuring the effective preparation and representation of counsel, in accordance with 18 U.S.C. § ~~3161(h)(8)(A) and (B).~~  3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

DATED: September 14, 2009

/s/
RITA BOSWORTH, ESQ.
Attorney for ADRIAN DURAN

DATED: September 14, 2009

/s/
DAVID BILLINGSLEY, ESQ.
Attorney for ROBERTO HERRERA

DATED: September 14, 2009

/s/
SCOTT A. SUGARMAN, ESQ.
Attorney for JOSE ROMERO

DATED: September 14, 2009

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September __16__, 2009

HON. MAXINE M. CHESNEY
United States District Judge

-2-